Same case below, 591 F.3d 83.

No. 09-10907. David Hall, Petitioner v. United States.

561 U.S. 1019, 130 S. Ct. 3487, 177 L. Ed. 2d 1081, 2010 U.S. LEXIS 5237.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 591 F.3d 83.

No. 09-11024. In re Richard Hollihan, Jr., Petitioner.

561 U.S. 1005, 130 S. Ct. 3491, 177 L. Ed. 2d 1081, 2010 U.S. LEXIS 5204.

June 21, 2010. Petition for writ of habeas corpus denied.

No. 09-11050. In re Joseph C. McGhee-Bey, Petitioner.

561 U.S. 1005, 130 S. Ct. 3491, 177 L. Ed. 2d 1081, 2010 U.S. LEXIS 5251.

June 21, 2010. Petition for writ of habeas corpus denied.

No. 09-11059. In re Thomas Joseph Cutaia, Petitioner.

561 U.S. 1005, 130 S. Ct. 3491, 177 L. Ed. 2d 1081, 2010 U.S. LEXIS 5227.

June 21, 2010. Petition for writ of habeas corpus denied.

No. 09-10292. In re Linda S. Raynor, Petitioner.

561 U.S. 1005, 130 S. Ct. 3473, 177 L. Ed. 2d 1081, 2010 U.S. LEXIS 5190.

June 21, 2010. Petition for writ of mandamus denied.

No. 09-10805. In re Barry Joe Smith, Sr., Petitioner.

561 U.S. 1005, 130 S. Ct. 3482, 177 L. Ed. 2d 1081, 2010 U.S. LEXIS 5236.

June 21, 2010. Petition for writ of mandamus denied.

No. 09-10809. In re Paulino Granda, Petitioner.

561 U.S. 1005, 130 S. Ct. 3482, 177 L. Ed. 2d 1081, 2010 U.S. LEXIS 5218.

June 21, 2010. Petition for writ of mandamus denied.